# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NEWCHOPS RESTAURANT COMCAST LLC d/b/a CHOPS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ADMIRAL INDEMNITY COMPANY** | : | **NO. 20-1949** |

## ORDER

**NOW,** this 17th day of December, 2020, upon consideration of the defendant's Motion to Dismiss the First Amended Complaint (Document No. 29), the plaintiff's response (Document No. 30) and the defendant's reply (Document No. 31), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the First Amended Complaint is **DISMISSED WITH PREJUDICE.**

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.